LAW OFFICES OF

# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

April 8, 2020

*Via CM/ECF*
Honorable Ronnie Abrams
Thurgood Marshall Courthouse
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Helen Swartz v. 143 Fulton Street Development Owner LLC*
Case No.: 19-cv-06563-RA

**Letter Motion for Extension of Time to File Stipulation of Dismissal
or in the Alternative, to Reopen the Case**

Dear Judge Abrams:

The referenced case has been settled in principle. However, due to the circumstances playing out on the world's stage, we have still not received a draft settlement agreement from counsel for defense. The Parties have conferred and defense counsel has no objection to this request.

Accordingly, it is respectfully requested that:

1. The Parties be granted a sixty (60) day extension of time within which to file a Stipulation for Dismissal; or in the alternative

2. That the case be reopened.

We hope Your Honor is well and thank you for your consideration of this request.

The parties' deadline to file an application to reopen this action is hereby extended by 60 days.

SO ORDERED.

_____
Hon. Ronnie Abrams
4/9/2020

Respectfully submitted,

FULLER, FULLER & ASSOCIATES, P.A.

*Lawrence A. Fuller*

Lawrence A. Fuller

cc via ECF: Counsel of Record